E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  THOMAS M. O'CONNELL
   Assistant United States Attorney (NYSBN 1801950)
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00482- JW |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER EXCLUDING TIME |
| ) | |
| RANDY LEE SNYDER, ) | |
| Defendant. ) | SAN JOSE VENUE |

On July 13, 2006, the parties in this case appeared before the Court for defendant's arraignment on an indictment returned by the Grand Jury on July 12, 2006. At that appearance, Assistant Federal Public Defender Lara Vinnard requested that the case be continued to September 11, 2006. The defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from July 13, 2006 to September 11, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant and his counsel's respective schedules, the need for adequate time to engage in the dissemination of discovery, and the need to investigate and prepare the case for purposes of trial or possible disposition..

STIPULATION AND [PROPOSED] ORDER
NO. CR-06-00482-JW                            1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | DATED:_____ | |
| 4 | | _____/s/_____ |
| | | THOMAS M. O'CONNELL |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____ |
| | | LARA VINNARD |
| 7 | | Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that this case is continued to September 11, 2006, at 1:30 p.m., before the Honorable James Ware.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July 13, 2006 to September 11, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 7/17/06

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge