1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara St., Ste. 575
   San Jose, CA 95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RANDY SNYDER

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10
   UNITED STATES OF AMERICA,       )
11                                  )   No. CR 06-00482 JW
                  Plaintiff,        )
12                                  )   **DEFENDANT'S EX PARTE
   v.                               )   APPLICATION FOR ORDER
13                                  )   AUTHORIZING DR. BARRIE GLEN TO
   RANDY SNYDER,                    )   ENTER SANTA CLARA JAIL TO
14                                  )   CONDUCT PSYCHOLOGICAL
                  Defendant.        )   EVAluation; [~~PROPOSED~~] ORDER**
15 _____  )

16      The defense has retained a psychologist, Barrie Glen, to conduct a psychological evaluation of

17 defendant Randy Snyder.  Mr. Snyder is housed at the Santa Clara Main Jail.  Pursuant to jail

18 requirements, the defense respectfully moves the Court to authorize Dr. Glen to enter the jail for the

19 purpose of evaluating Mr. Snyder.  The defense is informed that the government has no objection to

20 the request.   For the Court's convenience, a proposed order is attached hereto.

21 Dated: 11/1/06

                                        Respectfully submitted,
22
                                        BARRY J. PORTMAN
23                                      Federal Public Defender

24                                              /s/

25                                      LARA S. VINNARD
                                        Assistant Federal Public Defender
26

DEF. APP. RE: AUTHORIZATION FOR DR.
BARRIE GLEN TO ENTER JAIL
No. CR 06-00482 JW                      - 1 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RANDY SNYDER,<br><br>　　　　Defendant. | No. CR 06-00482 JW<br><br>**[PROPOSED] ORDER AUTHORIZING DR. BARRIE GLEN TO ENTER SANTA CLARA MAIN JAIL FOR PURPOSE OF PSYCHOLOGICAL EVALUATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Barrie Glen, Ph.D., is authorized to enter Santa Clara Main Jail, located at 150 W. Hedding Street, San Jose, CA 95110, for the purpose of conducting a psychological evaluation of inmate Randy Snyder, Booking Number 06043249.

Dated: November _03_, 2006

_____
HONORABLE JAMES WARE
United States District Judge

ORDER AUTHORIZING DR. BARRIE GLEN
TO ENTER SANTA CLARA MAIN JAIL
No. CR 06-00482 JW                    2