1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SNYDER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )    No. CR 06-00482 JW
                                     )
12                  Plaintiff,       )    **STIPULATION TO CONTINUE**
    v.                               )    **HEARING AND EXCLUDE TIME;**
13                                   )    **|PROPOSED] ORDER**
    RANDY SNYDER,                    )
14                                   )
                    Defendant.       )
15  _____  )

16       Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18  Monday, December 4, 2006, be continued to Monday, January 8, 2007, at 1:30 p.m.

19       The continuance is requested because the defense is continuing to investigate mental

20  health issues with respect to Mr. Snyder, and will soon be providing additional information to the

21  government on this subject, with the goal of facilitating a resolution of the case.

22       The parties further agree that time should be excluded under the Speedy Trial Act, 18

23  U.S.C. § 3161 et seq., because the defense requires time for effective preparation and

24  investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy

25  trial.

26

1    Dated: 11/30/06                                 _____/s/_____

2                                         LARA S. VINNARD
                                        Assistant Federal Public Defender

3    Dated: 11/30/06                                 _____/s/_____

4                                           THOMAS M. O'CONNELL
                                        Assistant United States Attorney

5

6                                      **ORDER**

7          The parties have jointly requested a continuance of the hearing set for December 4, 2006,

8 to allow time for the defense to continue investigating mental health issues with respect to Mr.

9 Snyder.

10          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

presently set for December 4, 2006, be continued to January 8, 2007, at 1:30 p.m.

11          Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

12 from December 4, 2006, to January 8, 2007, shall be excluded from the period of time within

13 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

14

15 Dated: December 1, 2006                     _____

16                                     JAMES WARE
                                    United States District Judge

17

18

19

20

21

22

23

24

25

26