BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SNYDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00482 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
|  | ) | **[PROPOSED] ORDER** |
| RANDY SNYDER, | ) |  |
| Defendant. | ) |  |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 8, 2007, be continued to Monday, February 12, 2007, at 1:30 p.m.

The continuance is requested because the defense is continuing to investigate mental health issues.  The defense hopes to provide additional information to the government on this subject shortly, with the goal of facilitating a resolution of the case.

The parties further agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 1/5/07

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 1/5/07

_____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the hearing set for December 4, 2006, to allow time for the defense to continue investigating mental health issues with respect to Mr. Snyder.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 8, 2007, be continued to February 12, 2007, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 8, 2007, to February 12, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   1/09/2007

_____
JAMES WARE
United States District Judge