BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SNYDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00482 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| RANDY SNYDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, February 12, 2007, be continued to Monday, March 19, 2007, at 1:30 p.m.

    The continuance is requested because the parties are close to a resolution of the case, but are attempting to resolve one remaining disagreement regarding a possible guideline enhancement.  Additionally, the defense is continuing to review discovery on the issue.

    The parties further agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1   Dated: 2/6/07                                    _____/s/_____
                                                     LARA S. VINNARD
2                                                    Assistant Federal Public Defender

3   Dated: 2/8/07                                    _____/s/_____
                                                     THOMAS M. O'CONNELL
4                                                    Assistant United States Attorney

5
                                      **ORDER**
6
         The parties have jointly requested a continuance of the hearing set for February 12, 2007,
7
    to allow time for the parties to resolve one remaining dispute regarding a possible guideline
8
    enhancement.
9
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10
    presently set for February 12, 2007, be continued to March 19, 2007, at 1:30 p.m.
11
         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
12
    from February 12, 2007, to March 19, 2007, shall be excluded from the period of time within
13
    which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
14
15  Dated:    2/9/2007                               _____
                                                     JAMES WARE
16                                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00482 JW                            2