

# MEMORANDUM
**U.S. PROBATION OFFICE**
NORTHERN DISTRICT OF CALIFORNIA

**DATE:** February 18, 2025

**TO:** The Honorable United States District Beth Labson Freeman

**FROM:** United States Probation Officer Assistant
Leon Dang

**SUBJECT:** Notification of Intent to Destroy Contraband
5:06-CR-00482-BLF-1/Randy Lee Snyder

Your Honor,

The purpose of this memorandum is to inform you that on November 9, 2015, the U.S. Probation Office seized contraband and/or evidence of a violation from the above-named person under supervision. It is no longer necessary to retain the items as evidence or seized property. It is the intention of the U.S. Probation Office to destroy the following items:

- One (1) Amazon Kindle E-reader

Thank you for your attention to this matter. Please contact me at 408-535-5217 if you have questions or concerns.

THE COURT ORDERS:

    X    The U.S. Probation Office has permission to destroy the contraband.
    ☐    Other:

February 19, 2025
Date

Beth Labson Freeman
United States District Judge